**Jin WU, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–76744.
Agency No. A95–195–576.

United States Court of Appeals,
Ninth Circuit.

Feb. 11, 2006.

Jin Wu, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Se-

curity, San Francisco, CA, James E. Grimes, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

## ORDER

The government moves to remand because the IJ interpreted the country conditions report incorrectly. We grant the motion. The unpublished memorandum disposition (9th Cir. Jan. 12, 2006) is hereby vacated. This petition is remanded to the Board of Immigration Appeals for further proceedings.

REMANDED.